ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | ) ASBCA No. 62433 |
| | ) |
| Under Contract No. M67854-16-C-0006 | ) |

APPEARANCE FOR THE APPELLANT:     Joseph C. Port Jr., Esq.
                                                          Counsel

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
                                                                    DCMA Chief Trial Attorney
                                                                 Amelia R. Lister-Sobotkin, Esq.
                                                                    Trial Attorney
                                                                    Defense Contract Management Agency
                                                                    Chantilly, VA

ORDER OF DISMISSAL

The dispute that is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 60 days of the date of this Order.

Dated: May 11, 2021

MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62433, Appeal of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated: May 12, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals